No. 02–522. GIESBERG *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–526. ONINK ET UX. *v.* CARDELUCCI. C. A. 9th Cir. Certiorari denied.

No. 02–546. ERWIN *v.* FEDERAL METALS CREDIT UNION. C. A. 9th Cir. Certiorari denied.

No. 02–548. CZARINA, LLC *v.* KEMPER DE MEXICO, CAMPANIA DE SEGUROS, S. A. C. A. 9th Cir. Certiorari denied.

No. 02–550. STERRITT ET AL. *v.* CONTINENTAL INVESTMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–551. PRIMM *v.* COUNTRY COS. Ct. App. Wash. Certiorari denied.

No. 02–552. TOWN OF FERRIDAY, LOUISIANA *v.* MARTELLO ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 02–556. PATEL *v.* CITY OF GILROY, CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–559. CUTRONA ET AL. *v.* ESTATE OF SORRELLS, BY AND THROUGH ITS INDEPENDENT EXECUTRIX, THOSTENSON, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–602. HAYNES *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–646. MINNIECHESKE ET AL. *v.* SHAWANO COUNTY, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–647. BANKS *v.* JEFFERSON-SMURFIT. C. A. 4th Cir. Certiorari denied.

No. 02–704. DELGADO-GARIBAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.